**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID MATSON,** | **Case No.: 14-CV-4091 YGR** |
| **Plaintiff,** | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING ACTION TO STATE COURT; DENYING *IN FORMA PAUPERIS* STATUS AS MOOT** |
| vs. | |
| **JEAN CANE,** | |
| **Defendant.** | |

The Court has reviewed the Report and Recommendation of Magistrate Judge Nandor Vadas recommending remand of this action to state court for lack of subject matter jurisdiction, and denial of Defendant Jean Cane's motion for leave to proceed *in forma pauperis* as moot. (Dkt. No. 8.) No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, the above-captioned unlawful detainer action is **REMANDED** to the Superior Court of California, County of Mendocino, and Defendant's motion for leave to proceed *in forma pauperis* is **DENIED AS MOOT** due to the Court's lack of jurisdiction.

This terminates Case Number 14-cv-4091.

**IT IS SO ORDERED.**

Date: December 1, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**